In the Matter of Proving the Last Will and Testament and Codicils Thereto of Edward W. Browning, Deceased, as a Will of Real and Personal Property. Louis J. Vorhaus and William Blau, Appellants, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondents.

No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.